UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2007 SEP 17 10: 30

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. **07 MJ 2239** |
|---|---|---|
| Plaintiff, | ) | BY _____ DEPUTY |
|  | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) |  |
|  | ) | Title 8, U.S.C., Section 1326 |
| Eduardo Anselmo TURCIOS-Portillo, | ) | Deported Alien Found in the |
|  | ) | United States |
| Defendant | ) |  |

The undersigned complainant, being duly sworn, states:

On or about **September 16, 2007** within the Southern District of California, defendant, **Eduardo Anselmo TURCIOS-Portillo,** an alien, who previously had been excluded, deported and removed from the United States to **Honduras**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **SEPTEMBER, 2007**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Eduardo Anselmo TURCIOS-Portillo

## PROBABLE CAUSE STATEMENT

On September 15, 2007, Border Patrol Agent T. Engelhorn was performing assigned duties in the Brown Field Border Patrol Station area of operations. At approximately 11:45 P.M., Agent Engelhorn responded to a seismic sensor activation in an area near Lyons Valley Road and Barrett Lake Road. This area is located approximately nine miles west of the Tecate, California Port of Entry and ten miles north of the United States/Mexico International Boundary. This area is used regularly by illegal aliens attempting to further their entries into the United States.

Upon arriving to the area near the activation, Agent Engelhorn observed several sets of footprints heading northbound towards Lyon Valley Road. After following the footprints for some time, Agent Engelhorn encountered five individuals attempting to hide in surrounding brush. Agent Engelhorn identified himself to all individuals as a United States Border Patrol Agent. All individuals, including one later identified as the defendant, **Eduardo Anselmo TURCIOS-Portillo**, stated that they are citizens of Mexico present without documents that would allow them to be or remain in the United States legally.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant is a citizen of **Honduras** and was previously deported to **Mexico** on **September 11, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.