FILED

OCT 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2865-LAB |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| EDUARDO ANSELMO TURCIOS-PORTILLO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 16, 2007, within the Southern District of California, defendant EDUARDO ANSELMO TURCIOS-PORTILLO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

//

JJO:es:San Diego
09/24/2007

1    It is further alleged that defendant EDUARDO ANSELMO TURCIOS-

2   PORTILLO was removed from the United States subsequent to

3   August 10, 1999.

4    DATED: *10/15/07* .

5                              KAREN P. HEWITT
                              United States Attorney
6

7

8                              JOSEPH J.M. ORABONA
                              Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28