# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **07CR2865-LAB** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| **Eduardo Anselmo Turcios-Portillo** | ) ) ) ) ) | Booking No. **05084298** |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **12/20/07**
the Court entered the following order:

**X** ____ Defendant be released from custody. **as to this case only**

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

**X** ____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

**X** ____ Other. **Charges Pending in Case # 07CR3349-LAB**

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR., Clerk
by _____
Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY