UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 27 AM 9:48
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FILED
07 DEC 21 AM 8:00
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALI...
_____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

EDUARDO ANSELMO TURCIOS-PORTILLO,

                Defendant.

CASE NO. 07CR2865-LAB

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1326(a) and (b) DEPORTED ALIEN FOUND IN THE UNITED STATES

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/20/07

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 12/21/07.

ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section